**DISMISS and Opinion Filed August 4, 2022**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-00666-CR**
_____

**DEYLAN CHRISTOPHER WALKER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-18-0986**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Schenck

After Deylan Christopher Walker filed his July 8, 2022 pro se notice of appeal,

we notified the parties we had questions about our jurisdiction. We specifically noted

the trial court granted the State's motion to dismiss the underlying criminal case. In

response, appellant filed his July 28, 2022 motion to dismiss the appeal. We grant

the motion and dismiss this appeal.

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220666F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DEYLAN CHRISTOPHER
WALKER, Appellant

No. 05-22-00666-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 439th Judicial
District Court, Rockwall County,
Texas
Trial Court Cause No. 2-18-0986.
Opinion delivered by Justice
Schenck. Justices Osborne and Smith
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered August 4, 2022